| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorsuch, Neil M | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>04/28/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Byron White Courthouse<br>1823 Stout Street<br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Walden Group LLC (mountain property) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY -5 A 11: 13 FINANCIAL DISCLOSURE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Kellogg, Huber, et al. - I retain an interest in certain contingency cases in recognition of legal services I rendered while at the firm. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Kellogg, Huber, et al., see note Part VII | $ 77,370 |
| 2. 2007 | Princeton University Press, see note Part VII | $ 1,079 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 3/20/07-3/22/07 | Cambridge, MA | Moot court | Transportation, meals, hotel |
| 2. | Harry Truman Foundation of US Government | 6/5/07-6/6/07 | Washington, D.C. | Award & scholars seminar | Transportation, meals, hotel |
| 3. | Administrative Office reimbursed attendance at NYU program for new appellate judges | 7/8/07-7/11/07 | New York, NY | Training for new judges | Transportation, meals, hotel |
| 4. | Federal Judicial Center | 9/27/07-9/30/07 | Washington, D.C. | Appellate judge training | Transportation, meals, hotel |
| 5. | Wake Forest Law School | 11/15/07-11/17/07 | Winston Salem, NC | Moot court | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Jim Weinstein | piece of artwork, gift related to investiture, value as stated by source | $ 500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Money Market - Virginia | C | Int./Div. | | | Sell | 4/24 | M | A | |
| 2. USAA Money Market - Tax Exempt | C | Int./Div. | N | T | Buy | 4/24 | M | | |
| 3. USAA Aggressive Growth | B | Int./Div. | K | T | Buy | 4/20 | K | | |
| 4. USAA Bond Fund | C | Int./Div. | | | Sell | 4/20 | M | A | |
| 5. USAA High Yield Bond Fund | D | Int./Div. | M | T | | | | | |
| 6. USAA Int'l Fund | D | Int./Div. | M | T | | | | | |
| 7. USAA S&P Fund | C | Int./Div. | M | T | Sell pt. | 4/20 | K | C | |
| 8. USAA Value Fund | C | Int./Div. | M | T | | | | | |
| 9. USAA Tax Ex Interm Bond Fund | D | Int./Div. | N | T | | | | | |
| 10. USAA Small Cap Fund | D | Int./Div. | L | T | | | | | |
| 11. USAA Tax Ex Short Term Fund | C | Int./Div. | M | T | Buy | 4/20 | M | | |
| 12. Walden Group LLC | | None | N | W | | | | | |
| 13. 529 Plans | | None | N | T | | | | | |
| 14. ▇▇▇ 403B Plan - TIAA CREF | | None | J | T | | | | | |
| 15. Thrift Savings Plan | | None | K | T | Exempt | | | | |
| 16. Senate Credit Union checking | A | Int./Div. | J | T | Exempt | | | | |
| 17. Diversified Investment 401K Stock Index | | None | | | Rollover | 4/25 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Diversified Investment 401K Amer Fds Growth | | None | | | Rollover | 4/25 | L | | |
| 19. Diversified Investment 401 K US Lg Cap Fund | | None | | | Rollover | 4/25 | M | | |
| 20. USAA IRA - Money Market | A | Int./Div. | | | Buy | 4/25 | N | | |
| 21. " " | | | | | Sell | 5/1 | N | A | |
| 22. USAA IRA -GNMA Trust | B | Int./Div. | K | T | Buy | 5/1 | K | | |
| 23. USAA IRA -Growth & Income Fund | B | Int./Div. | K | T | Buy | 5/1 | K | | |
| 24. USAA IRA - High Yield Fund | A | Int./Div. | K | T | Buy | 5/1 | J | | |
| 25. USAA IRA - Total Return Fund | B | Int./Div. | K | T | Buy | 5/1 | K | | |
| 26. USAA IRA - Aggressive Growth | A | Int./Div. | L | T | Buy | 5/1 | K | | |
| 27. USAA IRA - Emerging Markets | B | Int./Div. | K | T | Buy | 5/1 | K | | |
| 28. USAA IRA - World Growth Fund | B | Int./Div. | K | T | Buy | 5/1 | K | | |
| 29. USAA IRA - Income Fund | A | Int./Div. | K | T | Buy | 5/1 | K | | |
| 30. USAA IRA - Income Stock Fund | B | Int./Div. | K | T | Buy | 5/1 | K | | |
| 31. USAA IRA - International Fund | B | Int./Div. | K | T | Buy | 5/1 | K | | |
| 32. USAA IRA - Precious Metals and Minerals Fund | B | Int./Div. | K | T | Buy | 5/1 | K | | |
| 33. USAA IRA - Small Cap Stock Fund | C | Int./Div. | K | T | Buy | 5/1 | K | | |
| 34. ████ USAA IRA -Growth & Income Fund | B | Int./Div. | J | T | | | | | - |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▆▆▆ USAA IRA -Aggresive Growth | A | Int./Div. | J | T | Buy | 4/16 | J | | |
| 36. ▆▆▆ USAA IRA - High Yield Fund | A | Int./Div. | J | T | | | | | |
| 37. ▆▆▆ USAA IRA - Total Return Fund | A | Int./Div. | J | T | | | | | |
| 38. ▆▆▆ USAA IRA - World Growth Fund | A | Int./Div. | J | T | | | | | |
| 39. USAA SEP IRA - S&P 500 Index Fund | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes to Part III.A: Income from Kellogg, Huber, et al. represents payments of contingency fee income received in 2007 subject to an agreement reached with the firm prior to my departure. Income from Princeton University Press represents royalties from a book I authored.

Note to Part VII: Assets from former employer's Diversified Investment Advisors 401K accounts were rolled over into USAA IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544